# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0003
Lower Tribunal No. 24-11238-CA-01
_____


**Dakota Smith,**
Appellant,

vs.

**Tim Holst, et al.,**
Appellees.


An Appeal from a non-final order the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Dakota Smith, in proper person.

Weinbaum P.A., Lane Weinbaum (Coral Springs), and George William Wickhorst, for appellees.


Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").